**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6601**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JOSEPH A. HINTON, a/k/a Bump,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:08-cr-00078-BO-1)

———————

Submitted:  June 19, 2014          Decided:  June 25, 2014

———————

Before WILKINSON, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph A. Hinton, Appellant Pro Se.  Eric David Goulian, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Hinton appeals the district court's order denying his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hinton, No. 5:08-cr-00078-BO-1 (E.D.N.C. Apr. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED